IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00287–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MISTER MASTER MOORE,
2. KENNETH J. SMITH, and
3. DAMON SCOTT,

    Defendants.

---

**ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a six-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **September 15, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>August 15, 2008</u>. All responses shall be filed by <u>August 22, 2008</u>. A hearing on the motions, if necessary, is set for **August 28, 2008**, at 11:00 o'clock a.m. It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m. on Tuesday, **September 2, 2008**. The deadline for submitting the plea agreement and statement

1

of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Friday, August 29, 2008.

Dated: July 14, 2008