**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MISTER MASTER MOORE,
2. KENNETH J. SMITH,
3. DAMON SCOTT,
4. GABRIEL HOLGUIN-FIERRO,
    a/k/a "Ese,"
5. JOSE HOLGUIN-FIERRO,
6. NATHANIEL AUGUSTUS SMITH, III,
7. TROY SAGO,
    a/k/a "T", and
8. DAVID FITZGERALD PRICE,
    a/k/a "Big Dave,"

      Defendants.

## ORDER

**Blackburn, J.**

On August 13, 2009, the government filed the **Superseding Indictment** [#184 Defendants are renumbered in the **Superseding Indictment** by the government, thereby changing the numbering sequence used in this case. The Case Management /Electronic Case Filing (CM/ECF) system used by the court is unable to renumber defendants previously added in the case for various technical and statistical reasons.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the defendants will be numbered in this case according to the following sequence:

> 1.  MISTER MASTER MOORE,
> 2.  KENNETH J. SMITH,
> 3.  DAMON SCOTT,
> 4.  GABRIEL HOLGUIN-FIERRO,
>     a/k/a "Ese,"
> 5.  JOSE HOLGUIN-FIERRO,
> 6.  NATHANIEL AUGUSTUS SMITH, III,
> 7.  TROY SAGO,
>     a/k/a "T," and
> 8.  DAVID FITZGERALD PRICE,
>     a/k/a "Big Dave,"

Dated August 14, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge