**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  DAMON SCOTT,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter comes before the court *sua sponte.* Due to a conflict on the court's schedule, it is necessary to vacate the sentencing hearing now set for this defendant for February 5, 2010.

**IT IS ORDERED** as follows:

1. That the Sentencing hearing set for **February 5, 2010**, is **VACATED** and **CONTINUED** pending further order of the court;

2. That on **February 9, 2010**, at 10:30 a.m., the court will conduct a telephonic setting conference to set the matter for hearing; and

3. That the court shall coordinate, arrange, and initiate the conference call necessary to facilitate the setting conference.

Dated:  February 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.