# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00287-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  DAMON SCOTT,

    Defendant.

## MINUTE ORDER[1]

On February 9, 2010, the court conducted a telephonic setting conference. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Sentencing hearing is set for **March 26, 2010,** at 3:30 p.m.; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the appearance of the defendant at the Sentencing hearing.

Dated:  February 9, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.